UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: MERCZEL, GABOR WILLIAM | § Case No. 07-06906 |
| MOMMSEN, NANCY LEE | § |
| | § |
| Debtor(s) MERCZEL, NANCY LEE | § |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JOHN E. GIERUM_____, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
Clerk of the Bankruptcy Court
Dirksen Federal Courthouse
219 S Dearborn Street, 7th Floor
Chicago, Il 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 02:00pm on 01/06/2012 in Courtroom B, Lake County Courthouse,
Park City Branch Court
301 Greenleaf Avenue
Park City, Il 60085-5725.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  11/25/2011          By:  /s/JOHN E. GIERUM
                                              Trustee

JOHN E. GIERUM
SUITE 1015
9700 WEST HIGGINS ROAD
ROSEMONT, IL  60018
(847) 318-9130

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: MERCZEL, GABOR WILLIAM | § | Case No. 07-06906 |
| MOMMSEN, NANCY LEE | § | |
| | § | |
| Debtor(s) MERCZEL, NANCY LEE | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 10,410.57 |
| *and approved disbursements of* | $ 7,368.65 |
| *leaving a balance on hand of* [1] | $ 3,041.92 |
| **Balance on hand:** | $ 3,041.92 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 3,041.92 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JOHN E. GIERUM | 2,186.92 | 0.00 | 2,186.92 |
| Accountant for Trustee, Fees - Lois West, Popowcer Katten, Ltd. | 855.00 | 0.00 | 855.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 3,041.92 |
| Remaining balance: | $ 0.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:  $      0.00
Remaining balance:  $      0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $1,200.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 9 | David H. Bray | 1,200.00 | 0.00 | 0.00 |

Total to be paid for priority claims:  $      0.00
Remaining balance:  $      0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 98,388.56 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Country Mutual Insurance Company as subrogee | 16,406.57 | 0.00 | 0.00 |
| 2 | Midwest Woodwork & Veneering | 36,814.13 | 0.00 | 0.00 |
| 3 | Portfolio Recovery Associates, LLC. | 2,903.77 | 0.00 | 0.00 |
| 4 | Portfolio Recovery Associates, LLC. | 2,757.53 | 0.00 | 0.00 |
| 5 | Daniel T. Kim, DDS | 335.00 | 0.00 | 0.00 |
| 6 | E.Kinast Distributors | 1,936.69 | 0.00 | 0.00 |
| 7 | ComEd | 1,414.77 | 0.00 | 0.00 |
| 8 | Ford Motor Credit Company | 4,430.10 | 0.00 | 0.00 |
| 10 | Counterpoint Cabinetry, Inc | 31,390.00 | 0.00 | 0.00 |

UST Form 101-7-NFR (10/1/2010)

|  | Total to be paid for timely general unsecured claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 1,430.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 11 | Rockford Health Systems Anes. | 1,430.00 | 0.00 | 0.00 |

|  | Total to be paid for tardy general unsecured claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  | Total to be paid for subordinated claims: | $ | 0.00 |
|---|---|---|---|
|  | Remaining balance: | $ | 0.00 |


Prepared By:  /s/JOHN E. GIERUM
                              Trustee

JOHN E. GIERUM
SUITE 1015
9700 WEST HIGGINS ROAD
ROSEMONT, IL  60018
(847) 318-9130

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                         United States Bankruptcy Court
                          Northern District of Illinois
In re:                                                      Case No. 07-06906-ABG
Gabor William Merczel                                       Chapter 7
Nancy Lee Mommsen
        Debtors
                              CERTIFICATE OF NOTICE
District/off: 0752-1          User: cmendoza1              Page 1 of 3              Date Rcvd: Nov 28, 2011
                              Form ID: pdf006              Total Noticed: 52


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 30, 2011.
db/jdb        +Gabor William Merczel,    Nancy Lee Mommsen,    1127 Country Club Road,
                Lake Zurich, IL 60047-2134
11308196      +AT T Telephone,    SBC Ameritech,    P.O. BOX 769,    Arlington, Tx 76004-0769
11308197      +AT T Universal Card,    P.O. Box 12914,    Norfolk, VA 23541-0914
11308194      +Alexian Brothers Hospitals,    800 Biesterfield Road,    Elk Grove Village, IL 60007-3396
11308195      +American Chartered Bank,    1199 E. Higgins Road,    Schaumburg, IL 60173-4711
11502981      +Benjamin Hayne,    38 W 653 Huntley Road,    Dundee ,IL 60118-9362
11308227       Brendan A. Maher,    Williams & McCarthy,    P.O. Box 219,    Rockford, IL 61105-0219
11308199      +Brooklyn Hardware LLC,    2732 SE Steele Street,    Portland OR 97202
11308200      +Businessmen's Collection Bureau,    P.O. Box 657,    Freeport, IL 61032-0657
11308208      +CV Cabinet Co.,    c.o Estate Cabinitry,    14553 Edison Drive,    New Lenox, IL 60451-3672
11502982      +Christopher Nicholson,    38 W 653 Huntley Road,    Dundee , IL 60118-9362
11308204      +Codilis Assoc. P.C.,    15W030 N Frontage Road, Suite 100,    Burr Ridge, IL 60527-6921
11308206      +Counterpoint Cabinetry, Inc,    314 Ridge Road,    Willmette, IL 60091-3218
11308207       Country Mutual Insurance Co.,    P.O. BOX 219,    Burr Ridge, Il 60527
11341314      +Country Mutual Insurance Company as subrogee,    c/o Thomas P. Sandquist,    Po Box 219,
                Rockford, IL 61105-0219
11308209      +D  D Petroleum,   850 E. Northwest Hwy,    Palatine, IL 60074-6505
11308225      +Daniel T. Kim, DDS,    519 Ela Rd.,    Lake Zurich, Il 60047-2317
11308210      +Darius Adakauskas,    136 Mohawk Trail #C,    Lake Zurich, IOL  60047-3214
11502983      +David H. Bray,    714 Nordic Court,    Batavia , IL 60510-3230
11308211      +Deutsche Bank,    c/o Codilis & Assoc.,    15W030 N Frontage Road, Suite 100,
                Burr Ridge, IL 60527-6921
11308212       E. Kinast Distributors,    9362 W. Grand Av.,    Franklin park, IL 60131
11635682      +E.Kinast Distributors,    6350 Church Road,    Hanover Park , IL 60133-4804
11308213      +Estate Cabinetry, Inc.,    14553 Edison Drive,    New Lenox, IL 60451-3672
11308214      +Ford Motor Credit,    P.O. Box 3228,    Naperville, Il 60566-3228
11736742       Ford Motor Credit Company,    C/O Freedman Anselmo Lindberg and Rappe,    PO Box 3216,
                Naperville IL 60566-7216
11308216      +Freeport Rural Ambulance Serv.,    PO Box 123,    Freeport, IL 61032-0123
11308217      +Greatlakes Architectural Woodworking Inc,    2135 W. Fulton Street,    Chicago, Il 60612-2313
11308219       HSBC Card Services,    P.O. Box 17051,    Baltimore, MD 21297-1051
11308218      +Hauselman, Rappin Olswant, Ltd.,    39 S. LaSalle St., Suite 1105,    Chicago, IL 60603-1720
11308223     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                PHILADELPHIA PA 19101-7346
               (address filed with court: Internal Revenue Service,    Mail Stop 5010 CHI,
                230 S. Dearborn Street,    Chicago, IL 60604)
11308222     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                PHILADELPHIA PA 19101-7346
               (address filed with court: Internal Revenue Service,    P.O. Box 21126,    Philadelphia, PA 19114)
11308220       Illinois Department of Revenue,    Springfield, IL 62719-0001
11308221      +Internal Revenue Service,    Associate Area Counsel, SB/SE,    200 West Adams Street,   Suite 2300,
                Chicago, IL 60606-5231
11308224       Keller Williams Success Realty,    Barrington, IL,    Elaine Madden
11308226       Landmark Investment Properties, LTD,    829 W. Rollins Road,    Round Lake Beach, IL 60073
11502985      +Merchants Credit Guide Co,    Collecting Agent for NCO Portfolio Mgmt,    223 W Jackson Blvd,
                Chicago ,IL 60606-6912
11308229     #+Midwest Woodwork & Veneering,    150 East Chicago Street,    Cary, IL 60013-2948
11308230       NCO Financial Systems, Inc,    P.O. Box 15630, Dept. 16,    Wilmington DE 19850-5630
11308231       Nextel Sprint,    P.O. BOX 541023,    Los Angeles, CA 90054-1023
11308233      +Owl Hardwoods Lumber Co.,    926 S. Graceland Avenue,    Des Plaines, Il 60016-6510
11620236     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates, LLC.,    c/o At & T Universal Card,
                POB 41067,    NORFOLK VA 23541)
11308234       Primus Financial Services,    P.O. BOX 681811,    Franklin, TN 37068-1811
11308235      +Rockford Health Systems Anes.,    P. O. Box 2526,    Loves Pk, IL 61132-2526
11308236      +Rockford Mercantile,    2502 S. Alpine Road,    Rockford, IL 61108-7813
11308238      +Sprovieri's Custom Countertops,    55 Laura Drive,    Addison, Il 60101-5111
11308239      +State Farm Insurance,    5600 W. Maple Rd Ste C301,    West Bloomingfield, MI 48322-3700
11308240      +Tesko,   7350 W. Montrose,    Norridge, IL 60706-1158
11308228      +Thomas J. Marshall,    c/o Emanuel Lennox,    5600 W. Maple Rd. Ste C301,
                West Bloomfield, MI 48322-3700
11308241      +UPS,   PO Box 650580,    Dallas, TX 75265-0580

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
11308198      +E-mail/Text: rkeck@wurthbaersupply.com Nov 29 2011 03:16:31     Baer Supply Co.,
                909 Forest Edge Dr.,    Vernon Hills, IL 60061-3149
11308205       E-mail/Text: legalcollections@comed.com Nov 29 2011 03:14:25     ComEd,   Bill Payment Center,
                Chicago, Il 60668-0002
11308232       E-mail/Text: bankrup@nicor.com Nov 29 2011 03:13:22     Nicor,   P.O. Box 2020,
                Aurora, Il 60507-2020
                                                                                              TOTAL: 3
```

```
District/off: 0752-1          User: cmendoza1             Page 2 of 3                   Date Rcvd: Nov 28, 2011
                              Form ID: pdf006             Total Noticed: 52

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11308237       Rockford, IL 61107
11308201*     +Businessmen's Collection Bureau,    P.O. Box 657,    Freeport, IL 61032-0657
11308202*     +Businessmen's Collection Bureau,    P.O. Box 657,    Freeport, IL 61032-0657
11502984*     +Internal Revenue Service,    Associate Area Counsel , SB/SE,    200 West Adams Street,   Suite 2300,
                Chicago , IL 60606-5231
11308203     ##+Chicago Tribune,    P.O. Box 6315,    Chicago, Il 60680-6315
11308215     ##+Freeport Fire Dept. Ambulance Serv.,    PO Box 312,   Freeport, IL 61032-0312
                                                                                              TOTALS: 1, * 3, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 30, 2011**                **Signature:**    _Joseph Speetjens_

```
District/off: 0752-1          User: cmendoza1              Page 3 of 3                  Date Rcvd: Nov 28, 2011
                              Form ID: pdf006              Total Noticed: 52
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 23, 2011 at the address(es) listed below:
          David P Leibowitz    on behalf of Debtor Gabor Merczel dleibowitz@lakelaw.com,
           czuniga@lakelaw.com;jhennard@lakelaw.com;ECF@lakelaw.com
          John E Gierum    jgierum@7trustee.net, IL25@ecfcbis.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          Rachael A Stokas    on behalf of Creditor  Litton Loan Servicing as Servicer ND-Two@il.cslegal.com
                                                                                                                                         TOTAL: 4