**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: MERCZEL, GABOR WILLIAM | § Case No. 07-06906 |
| MOMMSEN, NANCY LEE | § |
| | § |
| Debtor(s) MERCZEL, NANCY LEE | § |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

JOHN E. GIERUM, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $7,112.00 *(without deducting any secured claims)* | Assets Exempt: $41,500.00 |
| Total Distribution to Claimants: $0.00 | Claims Discharged Without Payment: $101,018.56 |
| Total Expenses of Administration: $3,134.31 | |

3) Total gross receipts of $ 10,410.61 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 7,276.30 (see **Exhibit 2**), yielded net receipts of $3,134.31 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from Exhibit 3) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from Exhibit 4) | 0.00 | 3,134.27 | 3,134.27 | 3,134.31 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from Exhibit 5) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from Exhibit 6) | 0.00 | 1,200.00 | 1,200.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from Exhibit 7) | 0.00 | 99,818.56 | 99,818.56 | 0.00 |
| **TOTAL DISBURSEMENTS** | $0.00 | $104,152.83 | $104,152.83 | $3,134.31 |

    4) This case was originally filed under Chapter 7 on April 17, 2007. The case was pending for 61 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/09/2012     By: /s/JOHN E. GIERUM
                                           Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Real estate (s) | 1110-000 | 10,363.35 |
| Interest Income | 1270-000 | 47.26 |
| **TOTAL GROSS RECEIPTS** | | **$10,410.61** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Gabor William Merczel and Nancy Lee Mommsen | Homestead Exemption | 8100-002 | 7,276.30 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$7,276.30** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Lois West, Popowcer Katten, Ltd. | 3410-000 | N/A | 855.00 | 855.00 | 855.00 |
| JOHN E. GIERUM | 2100-000 | N/A | 2,186.92 | 2,186.92 | 2,186.96 |
| JOHN E. GIERUM | 2200-000 | N/A | 11.36 | 11.36 | 11.36 |
| The Bank of New York Mellon | 2600-000 | N/A | 5.99 | 5.99 | 5.99 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | N/A | | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | | **$3,134.27** | **$3,134.27** | **$3,134.31** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 9 | David H. Bray | 5300-000 | N/A | 1,200.00 | 1,200.00 | 0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $1,200.00 | $1,200.00 | $0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Country Mutual Insurance Company as subrogee | 7100-000 | N/A | 16,406.57 | 16,406.57 | 0.00 |
| 2 | Midwest Woodwork & Veneering | 7100-000 | N/A | 36,814.13 | 36,814.13 | 0.00 |
| 3 | Portfolio Recovery Associates, LLC. | 7100-000 | N/A | 2,903.77 | 2,903.77 | 0.00 |
| 4 | Portfolio Recovery Associates, LLC. | 7100-000 | N/A | 2,757.53 | 2,757.53 | 0.00 |
| 5 | Daniel T. Kim, DDS | 7100-000 | N/A | 335.00 | 335.00 | 0.00 |
| 6 | E.Kinast Distributors | 7100-000 | N/A | 1,936.69 | 1,936.69 | 0.00 |
| 7 | ComEd | 7100-000 | N/A | 1,414.77 | 1,414.77 | 0.00 |
| 8 | Ford Motor Credit Company | 7100-000 | N/A | 4,430.10 | 4,430.10 | 0.00 |
| 10 | Counterpoint Cabinetry, Inc | 7100-000 | N/A | 31,390.00 | 31,390.00 | 0.00 |
| 11 | Rockford Health Systems Anes. | 7200-000 | N/A | 1,430.00 | 1,430.00 | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $99,818.56 | $99,818.56 | $0.00 |

UST Form 101-7-TDR (10/1/2010)

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 07-06906
**Case Name:** MERCZEL, GABOR WILLIAM
MOMMSEN, NANCY LEE
**Period Ending:** 06/09/12

**Trustee:** (520171) JOHN E. GIERUM
**Filed (f) or Converted (c):** 04/17/07 (f)
**§341(a) Meeting Date:** 05/25/07
**Claims Bar Date:** 12/13/07

| Ref. # | 1 Asset Description (Scheduled And Unscheduled (u) Property) | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) DA=§554(c) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Real estate (s) | 300,000.00 | 26,704.00 | | 10,363.35 | FA |
| 2 | Household goods (s) | 1,480.00 | 0.00 | DA | 0.00 | FA |
| 3 | Personal Clothing (s) | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 4 | Jewelry (s) | 270.00 | 0.00 | DA | 0.00 | FA |
| 5 | Firearms and Bow (s) | 310.00 | 0.00 | DA | 0.00 | FA |
| 6 | Two Corporate stocks (s) | 0.00 | 0.00 | DA | 0.00 | FA |
| 7 | Computers and related (s) | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 8 | Carpentry Hand tools (s) | 1,552.00 | 52.00 | DA | 0.00 | FA |
| 9 | Cats (s) | 0.00 | 0.00 | DA | 0.00 | FA |
| 10 | Gang boxes, carts (s) | 500.00 | 0.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 47.26 | FA |
| 11 | Assets Totals (Excluding unknown values) | $307,112.00 | $26,756.00 | | $10,410.61 | $0.00 |

**Major Activities Affecting Case Closing:**

awaiting checks clearance.at bank

**Initial Projected Date Of Final Report (TFR):** June 30, 2008   **Current Projected Date Of Final Report (TFR):** November 23, 2011 (Actual)

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 07-06906 | | Trustee: | JOHN E. GIERUM (520171) |
|---|---|---|---|---|
| Case Name: | MERCZEL, GABOR WILLIAM | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | MOMMSEN, NANCY LEE | | Account: | \*\*\*-\*\*\*\*\*86-65 - Money Market Account |
| Taxpayer ID #: | \*\*-\*\*\*9865 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 06/09/12 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/17/07 | {1} | Marquis Title Company | SALE PROCEEDS | 1110-000 | 10,363.35 | | 10,363.35 |
| 07/17/07 | | | SALE PROCEEDS 320,000.00 | 1110-000 | | | 10,363.35 |
| 07/17/07 | | | Litton Loan payoff -225,906.08 | 4110-000 | | | 10,363.35 |
| 07/17/07 | | | American Chartered Bank payoff -59,738.00 | 4110-000 | | | 10,363.35 |
| 07/17/07 | | | Property taxes pre-petition -5,487.97 | 4700-000 | | | 10,363.35 |
| 07/17/07 | | | Property taxes post-petition -3,129.60 | 2820-000 | | | 10,363.35 |
| 07/17/07 | | | R.E.Broker commission -12,800.00 | 3510-000 | | | 10,363.35 |
| 07/17/07 | | | Costs to sell -2,575.00 | 2500-000 | | | 10,363.35 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 2.39 | | 10,365.74 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 5.71 | | 10,371.45 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 5.16 | | 10,376.61 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 6.09 | | 10,382.70 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 5.40 | | 10,388.10 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 5.29 | | 10,393.39 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 4.75 | | 10,398.14 |
| 02/05/08 | | To Account #\*\*\*\*\*\*\*\*8666 | BOND REIMBURSEMENT | 9999-000 | | 8.93 | 10,389.21 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 2.13 | | 10,391.34 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 1.93 | | 10,393.27 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 1.44 | | 10,394.71 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.30 | | 10,396.01 |
| 06/09/08 | | To Account #\*\*\*\*\*\*\*\*8666 | Transfer funds | 9999-000 | | 7,276.30 | 3,119.71 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.66 | | 3,120.37 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.39 | | 3,120.76 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.37 | | 3,121.13 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.40 | | 3,121.53 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 0.34 | | 3,121.87 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 0.24 | | 3,122.11 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.22 | | 3,122.33 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.12 | | 3,122.45 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.11 | | 3,122.56 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.13 | | 3,122.69 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.12 | | 3,122.81 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.12 | | 3,122.93 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.13 | | 3,123.06 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.13 | | 3,123.19 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.13 | | 3,123.32 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.12 | | 3,123.44 |

Subtotals: $10,408.67 $7,285.23

{} Asset reference(s)

Printed: 06/09/2012 11:37 AM V.13.02

## Form 2
### Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 07-06906 | | Trustee: | JOHN E. GIERUM (520171) |
|---|---|---|---|---|
| Case Name: | MERCZEL, GABOR WILLIAM | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | MOMMSEN, NANCY LEE | | Account: | \*\*\*-\*\*\*\*\*86-65 - Money Market Account |
| Taxpayer ID #: | \*\*-\*\*\*9865 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 06/09/12 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.12 | | 3,123.56 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.13 | | 3,123.69 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.13 | | 3,123.82 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.12 | | 3,123.94 |
| 02/12/10 | | To Account #\*\*\*\*\*\*\*\*8666 | TRANSFER OF FUNDS | 9999-000 | | 2.43 | 3,121.51 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.11 | | 3,121.62 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.14 | | 3,121.76 |
| 04/20/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.08 | | 3,121.84 |
| 04/20/10 | | Wire out to BNYM account 9200\*\*\*\*\*\*8665 | Wire out to BNYM account 9200\*\*\*\*\*\*8665 | 9999-000 | -3,121.84 | | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | 7,287.66 | 7,287.66 | $0.00 |
| Less: Bank Transfers | -3,121.84 | 7,287.66 | |
| Subtotal | 10,409.50 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $10,409.50 | $0.00 | |

{} Asset reference(s)

Printed: 06/09/2012 11:37 AM V.13.02

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 07-06906 | | Trustee: | JOHN E. GIERUM (520171) |
|---|---|---|---|---|
| Case Name: | MERCZEL, GABOR WILLIAM | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | MOMMSEN, NANCY LEE | | Account: | ***-*****86-66 - Checking Account |
| Taxpayer ID #: | **-***9865 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 06/09/12 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/05/08 | | From Account #********8665 | BOND REIMBURSEMENT | 9999-000 | 8.93 | | 8.93 |
| 02/05/08 | 101 | John E. Gierum | Bond Premium Payment on Ledger Balance as of 02/01/2008 for Case #07-06906, Bond Reimbursement (Bond #016026455) | 2200-000 | | 8.93 | 0.00 |
| 06/09/08 | | From Account #********8665 | Transfer funds | 9999-000 | 7,276.30 | | 7,276.30 |
| 06/09/08 | 102 | Gabor William Merczel and Nancy Lee Mommsen | Homestead Exemption | 8100-002 | | 7,276.30 | 0.00 |
| 02/12/10 | | From Account #********8665 | TRANSFER OF FUNDS | 9999-000 | 2.43 | | 2.43 |
| 02/12/10 | 103 | John E. Gierum | Reimbursement for Ch. 7 Blanket Bond on ledger balance as of 2/1/10 for Case No. 07-06906 | 2200-000 | | 2.43 | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | 7,287.66 | 7,287.66 | $0.00 |
| Less: Bank Transfers | 7,287.66 | 0.00 | |
| Subtotal | 0.00 | 7,287.66 | |
| Less: Payments to Debtors | | 7,276.30 | |
| NET Receipts / Disbursements | $0.00 | $11.36 | |

{} Asset reference(s)

Printed: 06/09/2012 11:37 AM V.13.02

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| Case Number: | 07-06906 | | Trustee: | JOHN E. GIERUM (520171) |
| Case Name: | MERCZEL, GABOR WILLIAM | | Bank Name: | The Bank of New York Mellon |
| | MOMMSEN, NANCY LEE | | Account: | 9200-******86-65 - Checking Account |
| Taxpayer ID #: | **-***9865 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 06/09/12 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********8665 | Wire in from JPMorgan Chase Bank, N.A. account ********8665 | 9999-000 | 3,121.84 | | 3,121.84 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.06 | | 3,121.90 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.19 | | 3,122.09 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.18 | | 3,122.27 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.18 | | 3,122.45 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.18 | | 3,122.63 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,122.65 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,122.67 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,122.69 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,122.71 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,122.73 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,122.75 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,122.77 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,122.79 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,122.81 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,122.83 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,122.85 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 5.99 | 3,116.86 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,116.88 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,091.88 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,091.90 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,066.90 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,066.92 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,041.92 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,041.94 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,041.96 |
| 01/09/12 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.00 | | 3,041.96 |
| 01/09/12 | | To Account #9200******8666 | TRANSFER FUNDS FROM MMA TO CHECKING FOR FINAL DISTRIBUTION | 9999-000 | | 3,041.96 | 0.00 |

| | ACCOUNT TOTALS | 3,122.95 | 3,122.95 | $0.00 |
|---|---|---|---|---|
| | Less: Bank Transfers | 3,121.84 | 3,041.96 | |
| | Subtotal | 1.11 | 80.99 | |
| | Less: Payments to Debtors | | 0.00 | |
| | NET Receipts / Disbursements | $1.11 | $80.99 | |

{} Asset reference(s)

Printed: 06/09/2012 11:37 AM   V.13.02

# Form 2
## Cash Receipts And Disbursements Record

Page: 5

| Case Number: | 07-06906 | | Trustee: | JOHN E. GIERUM (520171) |
|---|---|---|---|---|
| Case Name: | MERCZEL, GABOR WILLIAM | | Bank Name: | The Bank of New York Mellon |
| | MOMMSEN, NANCY LEE | | Account: | 9200-******86-66 - Checking Account |
| Taxpayer ID #: | **-***9865 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 06/09/12 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/09/12 | | From Account #9200******8665 | TRANSFER FUNDS FROM MMA TO CHECKING FOR FINAL DISTRIBUTION | 9999-000 | 3,041.96 | | 3,041.96 |
| 01/11/12 | 10104 | JOHN E. GIERUM | First and Final Distribution | 2100-000 | | 2,186.96 | 855.00 |
| 01/11/12 | 10105 | Lois West, Popowcer Katten, Ltd. | First and Final Distribution | 3410-000 | | 855.00 | 0.00 |
| | | | ACCOUNT TOTALS | | 3,041.96 | 3,041.96 | $0.00 |
| | | | Less: Bank Transfers | | 3,041.96 | 0.00 | |
| | | | Subtotal | | 0.00 | 3,041.96 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $3,041.96 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****86-65 | 10,409.50 | 0.00 | 0.00 |
| Checking # ***-*****86-66 | 0.00 | 11.36 | 0.00 |
| Checking # 9200-******86-65 | 1.11 | 80.99 | 0.00 |
| Checking # 9200-******86-66 | 0.00 | 3,041.96 | 0.00 |
| | $10,410.61 | $3,134.31 | $0.00 |

**Check Number: 10104    Pay Date: 01/12/2012  Amount: $2,186.96**



**Check Number: 10105    Pay Date: 01/23/2012  Amount: $855.00**

